JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT HERRMAN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 2:25-cv-05076-BFM<br><br>(Hon. Magistrate Judge Brianna Fuller Mircheff)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:  June 4, 2025 |

1

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _FEBRUARY 12, 2026_

_____

HON. BRIANNA FULLER MIRCHEFF
U.S. MAGISTRATE JUDGE